IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RICKY L. ROBBINS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-14-856-C |
| | ) | |
| JIM BAUMAN, Sheriff of Logan County, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER OF DISMISSAL

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Gary M. Purcell on September 9, 2014. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 7) is adopted and the petition for writ of habeas corpus is dismissed without prejudice.

IT IS SO ORDERED this 14th day of October, 2014.

ROBIN J. CAUTHRON
United States District Judge